**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 17, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00914-CV

## IN RE PETER A. BARBER, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
387th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-202078

## MEMORANDUM OPINION

On November 17, 2014, relator Peter A. Barber filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Brenda G. Mullinix, presiding judge of the 387th District Court of Fort Bend County, to vacate her (1) order denying relator's request for a trial jury trial on the issue of which joint managing conservator has the exclusive right to designate the primary

residence of the children; (2) ruling that evidence of which joint managing conservator has the exclusive right to designate the primary residence of the jury cannot be brought before the jury; (3) and scheduling order setting the case for a bifurcated trial on the merits commencing November 18, 2014.

Relator has not shown that he entitled mandamus relief. Accordingly, we deny his petition for writ of mandamus. We also deny relator's motion for temporary relief.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.